```
              UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF LOUISIANA
```

IN THE MATTER OF

                                             CASE NO. **19-13441**
                                             Section "A"

**QUALIS CARE OF LOUISIANA, LLC**

DEBTOR(S)                                      CHAPTER 7

**TRUSTEE'S INTERIM REPORT**

(1) <u>ACTION TO BE TAKEN TO CONCLUDE ADMINISTRATION OF ESTATE</u>

Case was kept open at urging of creditor's attorney who indicated assistance would be provided to uncover hidden assets or causes to recover funds for the estate.
No assets are available to administer.
No Debtor records remain to provide assistance towards prosecuting recovery actions.

(2) <u>TOTAL FUNDS DEPOSITED INTO THE TRUSTEE'S BANK ACCOUNT</u>

**$0.00**.

(3) <u>EXPECTED DATE OF FILING A TRUSTEE'S FINAL REPORT</u>

**7/30/22**.

(4) <u>AMOUNT AND NATURE OF BOND</u>

**$960,000.00, 2022 blanket bond.**

                                                     _/s/ David J. Adler_   7/7/22
                                                 Trustee: David V. Adler
                                                 P.O. Box 55129
                                                 Metairie, LA 70055
                                                 504-834-5465